AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Dennis T. Michaud, Jr. | ) | Case No. |
| | ) | 25-MJ-7151-JCB |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 11, 2025__ in the county of __Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 933(a)(1) | Firearms trafficking |

This criminal complaint is based on these facts:

Please see the Affidavit of ATF Task Force Officer Dane C. Jobst, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF Task Force Officer Dane C. Jobst
*Printed name and title*

Subscribed and sworn to via telephone in accordance with
Federal Rule of Criminal Procedure 4.1.

Date: __03/20/2025__

_____
*Judge's signature*

City and state: __Boston, Massachusetts__   Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*